IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02416-PSF-OES

DARRELL R. HARE,

Plaintiff(s),

vs.

DENVER MERCHANDISE MART, INC.,
DENVER MERCHANDISE MART EMPLOYERS, INC., and
AMERICAN REALTY INVESTORS,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: September 9, 2005

     Plaintiff's <u>Unopposed</u> Motion for Reconsideration of Plaintiff's <u>Unopposed</u> Motion to Permit Further Discovery Pursuant to Federal Rule of Civil Procedure 56(f) [filed September 2, 2005, Document 54-1] is GRANTED.  Plaintiff shall have to and including November 30, 2005, within which to file his Supplemental Response to Defendant ARI's Motion for Summary Judgment.