IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02416-PSF-OES

DARRELL R. HARE,

    Plaintiff,

v.

DENVER MERCHANDISE MART, INC.;
DENVER MERCHANDISE MART EMPLOYERS, INC.; and
AMERICAN REALTY INVESTORS,

    Defendants.

---

## ORDER SETTING CASE FOR TRIAL

---

The above-captioned matter has been scheduled for a **seven-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **April 3, 2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **March 17, 2006 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

DATED: December 5, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge