IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Phillip S. Figa

Civil Action No. 04-cv-02416-PSF-OES

DARRELL HARE,

    Plaintiff,

v.

DENVER MERCHANDISE MART, INC.,
DENVER MERCHANDISE MART EMPLOYERS, INC. and
AMERICAN REALTY INVESTORS

    Defendants.
_____

## ORDER
_____

    Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion in Limine to Prohibit Evidence Regarding Gene Phillips' Prior Legal Proceedings **(Dkt. # 109)** is GRANTED.  It is therefore

    ORDERED that Plaintiff's Reply Brief is due on or before May 15, 2006.

    DATED April 24, 2006.

                              BY THE COURT:

                              *s: Phillip S. Figa*

                              _____
                              Phillip S. Figa
                              United States District Judge