IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 04-cv-02416-REB-MEH

DARRELL R. HARE,

    Plaintiff,

v.

DENVER MERCHANDISE MART, INC.,
DENVER MERCHANDISE MART EMPLOYERS, INC., and
AMERICAN REALTY INVESTORS,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Plaintiff's <u>Unopposed</u> Motion To Set ADEA Claim For Trial** [#148], filed January 23, 2008. The motion is **GRANTED**. On **January 29, 2008**, at 10:00 a.m., the court shall conduct a telephonic conference call in order to set this matter for a trial preparation conference and jury trial. Counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: January 24, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.