IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02416-REB-MEH

DARRELL HARE,

Plaintiff,

v.

DENVER MERCHANDISE MART, INC.,
DENVER MERCHANDISE MART EMPLOYERS, INC. and
AMERICAN REALTY INVESTORS,

Defendants.

## ORDER RE:
## MOTION TO ALLOW LAPTOP COMPUTER

THE COURT, having reviewed defendants' motion and being advised in the premises hereby orders that said motion is granted. Shelley Blas of High Impact is permitted to continue providing computer services and support with trial exhibits using her computer at the trial in this matter that began on October 20, 2008.

DATED this 20th day of October, 2008.

BY THE COURT:

_____
Judge, U.S. District Court