IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02416-REB-MEH

DARRELL HARE,

Plaintiff,

v.

DENVER MERCHANDISE MART, INC.,
DENVER MERCHANDISE MART EMPLOYERS, INC. and
AMERICAN REALTY INVESTORS,

Defendants.
_____

## ORDER RE:
## MOTION TO ALLOW LAPTOP COMPUTER

THE COURT, having reviewed defendants' motion and being advised in the premises hereby orders that said motion is granted. Shelley Blas of High Impact is permitted to bring her computer into the courthouse beginning Friday, February 13, 2009 through February 26, 2009, in order to provide computer services and support with trial exhibits in this matter.

Dated February 3, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge