**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-02416-REB-MEH

DARRELL HARE,

Plaintiff,

v.

DENVER MERCHANDISE MART, INC.,
DENVER MERCHANDISE MART EMPLOYERS, INC. and
AMERICAN REALTY INVESTORS,

Defendants.

___

**WITHDRAWAL OF MOTION FOR SANCTIONS [#174]**
___

COME NOW the defendants, by and through their counsel, James M. Dieterich of White and Steele, P.C., and hereby withdraw their motion for sanctions [#174] which was filed on November 3, 2008.

Respectfully submitted this 13th day of February, 2009.

        WHITE AND STEELE, P.C.

        s/ *James M. Dieterich*
        James M. Dieterich
        Brett M. Wendt
        Dominion Towers, North Tower
        600 17th Street, Suite 600N
        Denver, Colorado 80202-5406
        Telephone: (303) 296-2828
        Fax: (303) 296-3131
        E-mail: jdieterich@wsteele.com
        E-mail: bwendt@wsteele.com
        ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February, 2009, a true and correct copy of the foregoing was sent via electronic case filing, email and/or U.S. mail, to the following:

>Darold W. Killmer, Esq.
>Mari Newman, Esq.
>Sara J. Rich, Esq.
>Killmer, Lane & Newman, LLP
>1543 Champa St., Suite 400
>Denver  CO  80202
>e-mail:  dkillmer@kln-law.com
>             mnewman@kln-law.com
>             srich@kln-law.com

>                        s/ *Darla R. Frechette*_____
>                        Darla R. Frechette for White & Steele, P.C.