**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  04-cv-02416-REB-MEH

DARRELL R. HARE,

      Plaintiff,

v.

DENVER MERCHANDISE MART, INC.,
DENVER MERCHANDISE MART EMPLOYERS, INC., and
AMERICAN REALTY INVESTORS,

      Defendants.

---

**ORDER APPROVING WITHDRAWAL OF MOTION FOR SANCTIONS**

---

**Blackburn, J.**

This matter is before me on the defendants' **Withdrawal of Motion for Sanctions [#174]** [#205] filed February 13, 2009.  After reviewing the file and record in this action, I find that the defendants' withdrawal of their motions for sanctions should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the defendants' **Withdrawal of Motion for Sanctions [#174]** [#205] filed February 13, 2009, is **APPROVED**; and

2.  That the defendants' **Motion for Sanctions** [#174], filed November 3, 2008, is **WITHDRAWN**.

Dated February 13, 2009, at Denver, Colorado.

                                                      **BY THE COURT:**

                                                      */s/ Robert E. Blackburn*
                                                      Robert E. Blackburn
                                                      United States District Judge