IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 04-cv-02416-REB-MEH

DARRELL R. HARE,

    Plaintiff,

v.

DENVER MERCHANDISE MART, INC.,
DENVER MERCHANDISE MART EMPLOYERS, INC., and
AMERICAN REALTY INVESTORS,

    Defendants.

## ORDER APPROVING WITHDRAWAL OF MOTION FOR SANCTIONS

**Blackburn, J.**

This matter is before me on the defendants' **Withdrawal of Motion for Sanctions [#174]** [#205] filed February 13, 2009. After reviewing the file and record in this action, I find that the defendants' withdrawal of their motions for sanctions should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendants' **Withdrawal of Motion for Sanctions [#174]** [#205] filed February 13, 2009, is **APPROVED**; and

2. That the defendants' **Motion for Sanctions** [#174], filed November 3, 2008, is **WITHDRAWN**.

Dated February 13, 2009, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge